GRANTED

*Judge Maria-Elena James*

1  Nicholas J. Bontrager, Esq. (SBN 252114)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  T: (323) 988-2400; F: (866) 802-0021
   nbontrager@consumerlawcenter.com
4  Attorneys for Plaintiff,
   STEPHEN PADILLA

**UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA,
OAKLAND DIVISION**

| | |
|---|---|
| STEPHEN PADILLA, | Case No.: 11-cv-02543 |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | |
| Defendant. | |

NOW COMES the Plaintiff, STEPHEN PADILLA, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

1 | DATED: July 1, 2011          KROHN & MOSS, LTD.

3                               By: /s/ Nicholas J. Bontrager

4                                   Nicholas J. Bontrager
                                    Attorney for Plaintiff