Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
STEPHEN PADILLA

**GRANTED**
*Judge Maria-Elena James*

# UNITED STATES DISTRICT COURT,
## NORTHERN DISTRICT OF CALIFORNIA,
### OAKLAND DIVISION

| | |
|---|---|
| STEPHEN PADILLA, | Case No.: 11-cv-02543 |
| Plaintiff, | **VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | |
| Defendant. | |

## **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, STEPHEN PADILLA, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Respectfully Submitted,

DATED: August 11, 2011        KROHN & MOSS, LTD.


By: /s/ Nicholas J. Bontrager
Nicholas J. Bontrager
Attorney for Plaintiff

- 1 -

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2011, I electronically filed the foregoing Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to opposing counsel at kmcgurgan@portfoliorecorvery.com.

DATED: August 11, 2011                KROHN & MOSS, LTD.


                                      By: /s/ Nicholas J. Bontrager            _

                                          Nicholas J. Bontrager
                                          Attorney for Plaintiff